UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST; CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; and IRONWORKERS WORKERS' COMPENSATION TRUST, Plaintiffs, v. HEATON STEEL ERECTORS, INC., a corporation, Defendant. | Case No.: CV 09-2718 SJO(PJWx) JUDGMENT Judge: S. James Otero |

Pursuant to the application of Plaintiffs for a judgment pursuant to the Stipulation of Judgment and Order thereon and good cause appearing. IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiffs CALIFORNIA IRONWORKERS FIELD PENSION TRUST, CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND, CALIFORNIA

1  FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN
2  RETRAINING FUND, CALIFORNIA AND VICINITY FIELD IRONWORKERS
3  ANNUITY TRUST FUND, CALIFORNIA FIELD IRONWORKERS
4  ADMINISTRATIVE TRUST, CALIFORNIA FIELD IRONWORKERS LABOR
5  MANAGEMENT COOPERATIVE TRUST AND IRONWORKERS WORKERS'
6  COMPENSATION TRUST shall recover from Defendant, HEATON STEEL
7  ERECTORS, INC. The sum of $136,386.47, which includes $118,237.30 for the balance
8  owed on the Stipulation of Judgment plus interest, $4,188.67 for audit fees and
9  $13,960.50 for attorney's fees and costs.

10  Judgment is entered this 31st day of August, 2010.

13  Dated: August 31, 2010  _____
14  S. JAMES OTERO
    UNITED STATES DISTRICT COURT JUDGE

- 2 -

[Proposed] Judgment                                    Case No. CV 09-2718 SJO (PJWx)