UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST; CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; AND IRONWORKERS WORKERS' COMPENSATION TRUST, <br><br>Plaintiffs, <br><br>v. <br><br>HEATON STEEL ERECTORS, INC., a corporation, <br><br>Defendant. | CASE NO. 2:09-cv-02718-SJO-PJW <br><br>[~~PROPOSED~~] RENEWAL OF JUDGMENT  BY CLERK |

1  The Application of Judgment Creditors for Renewal of Judgment, originally entered by this Court on August 31, 2010, has been considered upon GOOD CAUSE APPEARING, it is ordered that:

Judgment Creditors, CALIFORNIA IRONWORKERS FIELD PENSION TRUST; CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY FUND; CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; and IRONWORKERS WORKERS' COMPENSATION TRUST, shall have a Renewal of Judgment against Judgment Debtor, HEATON STEEL ERECTORS, INC.

Renewal of money judgment against HEATON STEEL ERECTORS, INC.:

| | | |
|---|---|---|
| a. | Total Judgment | $136,386.47 |
| b. | Costs after Judgment | $0.00 |
| c. | Subtotal (a. and b.) | $136,386.47 |
| d. | Credits after Judgment | $0.00 |
| e. | Subtotal (d. from c.) | $136,386.47 |
| f. | Interest after Judgment computed from August 31, 2010 to August 13, 2020 at 0.26% accruing at $0.97 per day | $3,531.48 |
| g. | Fee for filing renewal application | $0.00 |
| h. | Total renewed Judgment (e., f., and g.) | $139,917.95 |

This Renewal of Judgment extends the period of enforceability of the Judgment until 10 years from the date of the Application for Renewal was filed.

DATED: August 21, 2020            Clerk, by _Sharon Hall Brown_, Deputy

2

[PROPOSED] RENEWAL OF JUDGMENT